# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FORTH CIRCUIT

| | |
|---|---|
| Jane Doe, a pseudonym, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 22-1978 and 22-2186 |
| ) | |
| ABA Accredited University ) | |
| The American Bar Association (ABA) ) | |
| US Department of Education ) | |
| ) | |
| Appellees. ) | |

## MOTION TO CONSOLIDATE RELATED APPEALS AND EXPEDITE HANDLING.

Pursuant to Rule 1 and 42(a) of the Federal Rules of Appellate Procedure, Appellant respectfully requests that the court consolidate the two above-captioned appeals and, which arise from the same district court case and involve related issues. Additionally, Appellant requests that the court treat the informal brief filed in 22-1978 as addressing the facts and law presented in the appeal recorded in 22-2186, specifically arguments in favor of a finding of an abuse of discretion related to the Appellant proceeding under pseudonym. Separate briefing of the two appeals would involve duplicative filings and would waste the resources of the parties and the court.

Lastly, Appellant has already missed a semester of law school and respectfully requests the court expedite handling of the issues noted for appeal so there is sufficient time to consider whether another semester of school will be missed, or if other options may become available as a result of the arguments and any potential favorable ruling.

## Conclusion

RECEIVED
2022 NOV 30 PM02:18
U.S. COURT OF APPEALS
FOURTH CIRCUIT

For the foregoing reasons, Appellant respectfully requests that this Court consolidate the appeals in 22-1978 and 22-186 and, if possible, expedite the handling of the appeal.

Respectfully submitted,

/s/ Jane Doe, *pro se*

# UNDER SEAL
# CERTIFICATE OF SERVICE

I certify that on November 28, 2022, I have mailed and emailed the foregoing document, **MOTION TO CONSOLIDATE RELATED APPEALS AND EXPEDITE HANDLING** to the clerks of the U.S. Court of Appeals for the Fourth Circuit,

Additionally, I certify that on November 28, 2022, I have served a true copy of the aforementioned document via email on defendant's agents, officers or counsel as follows:

To Counsel for Defendant Hofstra University, Suzanne Messer, Member of Bond, Schoeneck and King, at SMesser@bsk.com and/or to their address at One Lincoln Center, Syracuse, NY 13202-1355.

To Defendant American Bar Association, Accreditation Counsel, Section of Legal Education and Admissions to the Bar, Ms. Tacy Flint, at tflint@sidley.com, and/or to her mailing address, American Bar Association, 321 North Clark Street, Chicago, IL 60654

To Defendant, United States Department of Education, Office of Higher Education, Mr. Herman Bounds at herman.bounds@ed.gov, and/or at the main mailing address, US Department of Education, Office of General Counsel, 400 Maryland Avenue, S.W. Room 6E300, Washington, DC 20202-2111, and/or also to the United States Attorney General, Main Justice Building, 10th & Constitution Ave, NW Washington, DC 20530, and/or the local US Attorneys Office, United States Attorney for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria VA 22314.

By:
/s/ Jane Doe